**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

**In re:**

DIMAS MONTALVO, JR — **Case No. 26-14662-BKC-CAP**

Debtor ______________________/ — Chapter 13

**NOTICE OF**
**CONTINUED 341 MEETING OF CREDITORS AND CONFIRMATION HEARING**

**YOU ARE HEREBY NOTIFIED that the §341 Meeting of Creditors has been continued to September 18, 2026 at 9:30 AM**.

***MEETING WILL BE HELD BY VIDEO CONFERENCE***

**Go to www.Zoom.us, click on JOIN or call (954)399-6624, Enter Meeting ID 641 184 3541, and Passcode 9807786714**

For additional meeting information visit: www.justice.gov/ust/moc

**The Confirmation Hearing has been scheduled for October 5, 2026 at 9:00 AM at the UNITED STATES FEDERAL BANKRUPTCY COURTHOUSE, 299 EAST BROWARD BOULEVARD, ROOM 301, FORT LAUDERDALE, FL 33301.**

**I HEREBY CERTIFY** that I am a member in good standing of the Bar of the United States District Court for the Southern District of Florida and I am a registered user in compliance with the additional qualifications to practice in this Court as set forth in Local Rule 9010-1(A). A true and correct copy of this Notice of Continued 341 Meeting of Creditors and Confirmation Hearing and Certificate of Service of Court Generated Notice of Hearing was served, via U.S. first class mail, certified mail and/or CM/ECF, upon the parties listed on the attached service list this 26th day of August, 2026.

*/s/ Robin R. Weiner*

ROBIN R. WEINER, ESQUIRE
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 559007
FORT LAUDERDALE, FL 33355-9007
TELEPHONE: 954-382-2001
FLORIDA BAR NO.: 861154

**SERVICE LIST**

**Debtor**
DIMAS MONTALVO, JR
1110 REPUBLIC COURT
DEERFIELD BEACH, FL 33442

**Attorney for Debtor**
ANGELENA M. CONANT, ESQUIRE
1931 CORDOVA ROAD SUITE 303
FT LAUDERDALE, FL 33316

**ANGELENA M. CONANT, ESQUIRE** IS HEREBY DIRECTED TO MAIL A CONFORMED COPY OF THIS NOTICE TO ALL CREDITORS AND INTERESTED PARTIES IMMEDIATELY UPON RECEIPT THEREOF.