UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERALE DIVISION

IN RE:

CASE NO.: 26-14662-PDR
CHAPTER 13

DIMAS MONTALVO, JR.

Debtors.
_______________________________________/

# OBJECTION TO CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN

CARRINGTON MORTGAGE SERVICES, LLC, as Successor in Interest to Valon Mortgage, Inc., the Authorized Loan Servicer for Seneca Mortgage Servicing, LLC., ("Creditor"), by and through undersigned counsel, hereby files its Objection to Confirmation of Debtor's Chapter 13 Plan and as grounds therefore states as follows:

1. DIMAS MONTALVO, JR. ("Debtor"), filed a voluntary Chapter 13 proceeding pursuant to the United States Bankruptcy Code (the "Bankruptcy Code") in this Court on April 15, 2026

2. Secured Creditor is a 1ST Lien holder of the note and mortgage security in the loan taken out by the Debtor, in the amount of $229,500.00 dated November 9, 2021 and in relation to the real estate property located at 1110 REPUBLIC COURT, DEERFILED BEACH, FL 33442.

3. Creditor has filed its Proof of Claim #7 on September 4, 2026 that states the total debt due and owing of $240,959.71 at a fixed rate of 3.2500% and $34,747.83 in arrears due and with a monthly payment of $1564.86 effective May 1, 2026. To that end, Debtor's proposed Amended Chapter 13 plan does not adequately provide for the Creditor in violation of Section 1322 of the U.S. Bankruptcy Code.

4. Based on the foregoing, Creditor objects to the proposed Amended Plan as filed.

5. As a result of the necessity of preparing and filing this Objection to Confirmation, Creditor has incurred additional attorneys' fees.

**WHEREFORE,** Secured Creditor respectfully requests entry of an order which denies confirmation of the proposed Chapter 13 Plan unless such plan is amended to overcome the objections of Secured Creditor as stated herein, and for such other and further relief as the Court deems just and proper.

**I HEREBY CERTIFY** that a copy of the foregoing Objection to Confirmation has been served either by electronic transmission or by United States first class mail postage prepaid, on this 8th day of _September _ 2026, to the following:

DELUCA LAW GROUP, PLLC
*Attorney for Secured Creditor*
2101 NE 26th Street
Fort Lauderdale, Florida 33305
Telephone: (954) 368-1311
Facsimile: (954) 200-8649

___/s/ Antonio Alonso_______________
Antonio Alonso, Esq.
FBN: 50335

MAILING LIST CASE # 26-14662 PDR

Dimas Montalvo, Jr.
1110 Republic Court
Deerfield Beach, FL 33442

Angelena M Conant
1931 Cordova Road, #303
Fort Lauderdale, FL 33316

Robin R. Weiner, Chapter 13 Trustee
Post Office Box 559007
Fort Lauderdale, FL 33355

25-06753-2

*U.S. Trustee*
Office of the US Trustee
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130

25-06753-2